[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 22.]

THE STATE OF OHIO, APPELLEE, *v.* SCOTT, APPELLANT.

[Cite as *State v. Scott*, 1998-Ohio-690.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook.*

(Nos. 98-967 and 98-1535—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 97APA07-906.

———————————

*Judith M. Stevenson*, Franklin County Public Defender, and *John W. Keeling*, Assistant Public Defender, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————